UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ZAINA DOUMAT,<br><br>    Plaintiff<br><br>v.<br><br>TARGET CORPORATION,<br><br>    Defendant | Case No.: 2:23-cv-01231-APG-DJA<br><br>**Order Striking Certificate of Interested Parties** |

I ORDER that defendant plaintiff Zaina Doumat's certificate of interested parties (ECF No. 7) is STRICKEN for failure to comply with Federal Rule of Civil Procedure 7.1(a)(2). The certificate does not identify the citizenship of plaintiff Zaina Doumat as required by the amendment to that rule.

I FURTHER ORDER plaintiff Zaina Doumat to file a proper certificate of interested parties by August 25, 2023.

DATED this 16th day of August, 2023.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE