Craig A. Henderson, Esq.
Nevada Bar No. 10077
ER INJURY ATTORNEYS
1700 S. Pavilion Center Dr., Ste. 530
Las Vegas, Nevada 89135
Telephone: (702) 968-7500
Facsimile: (702) 989-0369
E-mail:craig@erinjuryattorneys.com
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ZAINA DOUMAT, individually;<br><br>Plaintiff,<br><br>v.<br><br>TARGET CORPORATION; DOES I – X; and ROE CORPORATIONS I - X, inclusive,<br><br>Defendants. | CASE NO.   2:23-cv-01231-APG-DJA<br><br>**STIPULATED DISCOVERY PLAN AND SCHEDULING ORDER** |

    **1.**    **Meeting:** Pursuant to Fed. R. Civ. P. 26(f), a meeting was held on August 28, 2023, and was attended by Craig A. Henderson, Esq. of ER Injury Attorneys, for Plaintiff, and Alan W. Westbrook, Esq. of Perry & Westbrook, for Defendant.

    2.    **Pre-Discovery Disclosures**: Pursuant to Fed. R. Civ. P. 26(a)(1), Plaintiff and Defendant will serve their Initial Disclosures on or before August 28, 2023.

    3.    **Areas of Discovery**: The parties agree that the areas of discovery should include, but not be limited to: all claims and defenses allowed pursuant to the Federal Rules of Civil Procedure.

    4.    **Changes to Discovery Rules:**  The parties do not see a need to change the discovery rules set forth in the Federal Rules of Civil Procedure and the Local Rules for the District of Nevada.

    5.    **Discovery Plan:** The parties proposed the following discovery plan:

    **A.**    **Alternative Dispute Resolution:**  The parties certify that they met and conferred about the possibility of using alternative dispute-resolution processes, including mediation, arbitration and if applicable, early neutral resolution.

**B.    Alternative Forms of Case Disposition:** The parties certify they considered consent to trial by magistrate judge under 28 USC § 636(c) and Fed. R. Civ. P. 73 and the use of the Short Trial Program.

**C.    Discovery Cut-off Dates(s):** LR 26-1(b)(1) provides that "unless otherwise ordered, discovery periods longer than one hundred eighty (180) days from the date the first defendant answers or appears will require special scheduling review." The parties agree there is no need for a special review. Therefore, the parties agree that discovery must be commenced and completed no later than January 31, 2024. This date is 180 days after Defendant's filing of its appearance and answer.

**D.    Amending the Pleadings and Adding Parties:** The parties shall have until November 2, 2023, to file any motions to amend the pleadings to add parties. This is 90 days before the discovery cut-off date.

**E.    FRCP 26-1(b)(3) Disclosures of Experts:** Disclosure of experts shall proceed according to Fed. R. Civ. P. 26(a)(2) as follows: the disclosure of experts and their reports shall occur on or before December 1, 2023. The disclosure of rebuttal experts and their reports shall occur on or before January 2, 2023. These deadlines are 60 and 29 days before the disclosure cut-off-date, respectively.

**F.    Dispositive Motions:** The parties shall have until March 4, 2024, to file dispositive motions. This is 32 days after the discovery cut-off date.

**G.    Pre-Trial Order:** The parties will prepare a Consolidated Pre-Trial Order on or before April 3, 2024, which is 30 days after the date set for filing dispositive motions in the case. This Deadline will be suspended if dispositive motions are timely filed until 30 days after the decision of the dispositive motions or until further order of the Court. The disclosures required by Fed. R. Civ. P. 26(a)(3) and objections thereto, shall be made in the pre-trial order.

**H.    Electronic Evidence:** The parties certify they discussed whether they intend to present evidence in electronic format to jurors for the purposes of jury deliberations. At this time, the parties agree they will submit their exhibits to the court in paper format or

electronic format.  The parties agree to service of discovery requests and responses in PDF format via Email, where practical.  For documents too large to send via email, the parties consent to exchange via a cloud-based service (DropBox, OneDrive, iCloud, etc) or on a CD or DVD sent via US Mail.

      **I.**    **Court Conferences:** If the Court has questions regarding the dates proposed by the parties, the parties request a conference with the Court before entry of the Scheduling Order. If the Court does not have questions, the parties do not request a conference with the Court.

      **J.**    **Extensions or Modifications of the Discovery Plan and Scheduling Order**: LR ~~26~~ 4 governs modifications or extensions of this Discovery Plan and Scheduling Order. Any stipulation or motion must be made not later than January 10, 2024, 21 days before the discovery cut-off date.

      **K.**    **Format of Discovery**: Pursuant to the electronic discovery amendments to the Federal Rules of Civil Procedure effective December 1, 2006, the parties addressed the e-discovery issues pertaining to the format of discovery at the Fed. R. Civ. P. 26(f) conference. The parties do not anticipate discovery of native files or metadata at this time, but each party reserves the right to make a showing for the need of such electronic data as discovery progresses.

      **L.**    **Electronic Service of Discovery:** Plaintiff hereby agrees to electronic service of all documents at the following email addresses: craig@erinjuryattorneys.com, miriam@erinjuryattorneys.com.

Defendant hereby agrees to electronic service of all documents to the following email addresses: awestbrook@perrywestbrook.com, jmosely@perrywestbrook.com, and vgonzalez@perrywestbrook.com.

| ER INJURY ATTORNEYS | PERRY & WESTBROOK |
|---|---|
| By: /s/ Craig A. Henderson | By: Alan W. Westbrook |
| Craig A. Henderson, Esq.<br>Nevada Bar No. 10077<br>1700 S. Pavilion Center Dr., Ste. 530<br>Las Vegas, Nevada 89135<br>*Attorney for Plaintiff* | Alan W. Westbrook, Esq.<br>Nevada Bar No. 006167<br>11500 S. Eastern Ave., Ste. 140<br>Henderson, Nevada 89052<br>*Attorney for Defendant* |

**ORDER**

IT IS SO ORDERED that the parties' stipulated discovery plan and scheduling order (ECF No. 12) is GRANTED.

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED: 9/7/2023



Miriam Alvarez <miriam@erinjuryattorneys.com>

## RE: Zaina Doumat v. Target-- Proposed Discovery Plan and Scheduling Order
1 message

**Alan Westbrook** <awestbrook@perrywestbrook.com>                              Wed, Sep 6, 2023 at 4:38 PM
To: Miriam Alvarez <miriam@erinjuryattorneys.com>
Cc: Jennifer Mosley <jmosley@perrywestbrook.com>, Veronica Gonzalez <vgonzalez@perrywestbrook.com>, Paul Sheldon <psheldon@perrywestbrook.com>, "zainadoumatz11630426@projects.filevine.com" <zainadoumatz11630426@projects.filevine.com>, April Taylor <april@erinjuryattorneys.com>, Craig Henderson <craig@erinjuryattorneys.com>

Perfect, you may affix my e-signature.


Thank you,


Alan


Alan Westbrook, Esq.
Perry & Westbrook, A Professional Corporation
11500 S. Eastern Avenue, Ste. 140
Henderson, NV 89052

Phone: (702) 870-2400
Fax: (702) 870-8220
Email: awestbrook@perrywestbrook.com

THIS MESSAGE IS INTENDED FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED, AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, OR THE EMPLOYEE OR AGENT RESPONSIBLE FOR DELIVERING THE MESSAGE TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

**From:** Miriam Alvarez <miriam@erinjuryattorneys.com>
**Sent:** Wednesday, September 6, 2023 4:36 PM
**To:** Alan Westbrook <awestbrook@perrywestbrook.com>
**Cc:** Jennifer Mosley <jmosley@perrywestbrook.com>; Veronica Gonzalez <vgonzalez@perrywestbrook.com>; Paul Sheldon <psheldon@perrywestbrook.com>; zainadoumatz11630426@projects.filevine.com; April Taylor <april@erinjuryattorneys.com>; Craig Henderson <craig@erinjuryattorneys.com>
**Subject:** Re: Zaina Doumat v. Target-- Proposed Discovery Plan and Scheduling Order


Agree. Attached is the revised version. I included the emails for the electronic service as the last paragraph.