UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| Zaina Doumat, | Case No. 2:23-cv-01231-APG-DJA |
| Plaintiff, | |
| v. | **Order** |
| Target Corporations; et al., | |
| Defendants. | |

Plaintiff's counsel—Craig A. Henderson, Esq. of the law firm ER Injury Attorneys—has moved to withdraw his representation of Plaintiff Zaina Doumat, explaining that counsel and Plaintiff have reached an impasse regarding the course of the litigation.  (ECF Nos. 16 and 17).[1] Counsel further explains that, while discovery has commenced, it does not close until January 31, 2024.  (ECF No. 17).  There are also no outstanding motions to which Plaintiff must respond. Plaintiff has not responded to the motions to withdraw.

Under Local Rule ("LR") IA 11-6(b), "[i]f an attorney seeks to withdraw after appearing in a case, the attorney must file a motion or stipulation and serve it on the affected client and opposing counsel."  LR IA 11-6(b).  Under Local Rule 7-2(d) the failure of a party to oppose a motion constitutes that party's consent to the granting of the motion.  The Court finds that counsel has met the requirements of LR IA 11-6(b).  Plaintiff has also not responded, constituting Plaintiff's consent to the granting of the motions.

---

[1] Counsel filed two motions to withdraw.  The second, an amended motion, provides updates regarding the case's progression in discovery and the current deadlines in the case.  (ECF No. 17).

**IT IS THEREFORE ORDERED** that Craig A. Henderson, Esq.'s motions to withdraw (ECF Nos. 16 and 17) are **granted**.  The Clerk of Court is kindly directed to remove Craig A. Henderson, Esq. and Justin G. Randall, Esq. of the law firm ER Injury Attorneys as counsel of record and from the electronic service list for this case.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall add the last known address and email address of Plaintiff to the civil docket and send a copy of this Order to Plaintiff's last known address:

Zaina Doumat

101 Trevor Dr.

Henderson, NV 89074

doumatzaina@gmail.com

DATED: November 21, 2023

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE