1  Craig A. Henderson, Esq.
   Nevada Bar No. 10077
2  ER INJURY ATTORNEYS
3  1700 S. Pavilion Center Dr., Ste. 530
   Las Vegas, Nevada 89135
4  Telephone:  (702) 968-7500
   Facsimile:  (702) 968-7525
5  craig@erinjuryattorneys.com

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ZAINA DOUMAT, individually,<br><br>  Plaintiff,<br><br>v.<br><br>TARGET CORPORATION;<br>DOES I-V; and ROE CORPORATIONS II-V, inclusive,<br><br>  Defendants. | CASE NO.   2:23-cv-01231-APG-DJA |

**STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINES**
**(First Request)**

Pursuant to LR 6.1 and LR 26.4, the parties, by and through their respective counsel of record, hereby stipulate and request that this Court extend discovery in the above-captioned case ninety (90) days as set forth below:

*Discovery Completed:*

1. All parties have made their initial and supplemental disclosures pursuant to FRCP 26.

2. Plaintiff served Defendant with Interrogatories, Request for Admissions, and Requests for Production of Documents.

3. Defendant served Plaintiff with Interrogatories, Request for Admissions, and Request for Production of Documents.

4. Defendant's responsed to Plaintiff's written discovery.

*Discovery that remains to be completed:*

1. Deposition of the Rule 30(b)(6) witness on behalf of the Defendant.

2. Deposition of Plaintiff

1

3. Deposition of Plaintiff's treating physicians.

4. Both parties need to retain experts.

5. Both parties need to depose the experts retained.

6. Site inspection of the premises.

*Reasons that Discovery has not yet been completed are:*

The parties have been conducting discovery. Defendant served Plaintiff with written discovery on October 31, 2023. As discovery has progressed, however, Plaintiff and counsel have reached a substantial impasse regarding the case and Plaintiff's counsel filed a Motion to Withdraw as Counsel for Plaintiff on November 3, 2023 (Doc 17). Plaintiff's Motion to Withdraw is pending before the court. At the same time, Plaintiff and Defendant agree the discovery deadlines should be extended to allow Plaintiff's counsel to withdraw, at which point Defendant intends to depose Plaintiff and possibly conduct a Fed. R. Civ. P. 35 examination of Plaintiff.

Therefore, the parties request an additional ninety (90) days to allow Plaintiff's counsel to withdraw. This request is not made in bad faith, with dilatory motive, or for any purposes of improper delay.

*Proposed schedule for completing discovery:*

Accordingly, the parties request the discovery deadlines be extended to allow ample time for the court to make its ruling and allow the parties to complete the remaining discovery.

The following is a list of discovery deadlines and the parties' proposed extended deadlines:

| Scheduled Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Amend Pleadings and Add Parties | November 2, 2023 | January 31, 2024 |
| Initial Disclosure of Experts | December 1, 2023 | March 1, 2024 |
| Disclosure of Rebuttal Experts | January 2, 2024 | April 2, 2024 |
| Discovery Cut-Off | January 31, 2024 | May 1, 2024 |
| Dispositive Motions | March 2, 2024 | May 31, 2024 |
| Joint Proposed Pre-trail Order | April 3, 2024 | July 1, 2024 |

. . .

. . .

. . .

WHEREFORE, the parties respectfully request this honorable Court adopt the foregoing stipulation of the parties which will result in the new discovery deadlines.

ER INJURY ATTORNEYS

By: /s/ Craig A. Henderson
   Craig A. Henderson, Esq.
   Nevada Bar No. 10077
   1700 S. Pavilion Center Dr., Ste. 530
   Las Vegas, Nevada 89135
   *Counsel for Plaintiff*

PERRY & WESTBROOK

By: /s/ Alan W. Westbrook
   Alan W. Westbrook, Esq.
   Nevada Bar No. 6167
   11500 S. Eastern Ste. 140
   Henderson, Nevada 89051
   *Attorney for Defendants*

### ORDER

**IT IS SO ORDERED** that the discovery deadlines are hereby extended as follows:

| Scheduled Event | New Deadlines |
| --- | --- |
| Amend Pleadings and Add Parties | January 31, 2024 |
| Initial Disclosure of Experts | March 1, 2024 |
| Disclosure of Rebuttal Experts | April 2, 2024 |
| Discovery Cut-Off | May 1, 2024 |
| Dispositive Motions | May 31, 2024 |
| Joint Proposed Pre-trail Order | July 1, 2024 |

DATED this __27th__ day of __November__, 2023.

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

ER INJURY ATTORNEYS

By: /s/ Craig A. Henderson
   Craig A. Henderson, Esq.
   Nevada Bar No. 10077
   1700 S. Pavilion Center Dr., Ste. 530
   Las Vegas, Nevada 89135
   *Attorney for Plaintiff*



Miriam Alvarez <miriam@erinjuryattorneys.com>

## RE: Doumat v. Target -- SAO to Extend Discovery
1 message

**Alan Westbrook** <awestbrook@perrywestbrook.com>  Wed, Nov 22, 2023 at 9:47 AM
To: Miriam Alvarez <miriam@erinjuryattorneys.com>, Veronica Gonzalez <vgonzalez@perrywestbrook.com>
Cc: Craig Henderson <craig@erinjuryattorneys.com>, Jennifer Mosley <jmosley@perrywestbrook.com>, Paul Sheldon <psheldon@perrywestbrook.com>, "zainadoumatz11630426@projects.filevine.com" <zainadoumatz11630426@projects.filevine.com>

Hello Miriam,

Sorry, this got lost in my pile of e-mails but, yes, please affix my signature. We will need to get an IME scheduled, I know that the stip said possible. We had some dates, but as Craig and I discussed, it is challenging when you have a motion to withdraw pending, so we are waiting on this extension.

Thank you and have a Happy Thanksgiving!

Alan

Alan Westbrook, Esq.
Perry & Westbrook, A Professional Corporation
11500 S. Eastern Avenue, Ste. 140
Henderson, NV 89052

Phone: (702) 870-2400
Fax: (702) 870-8220
Email: awestbrook@perrywestbrook.com

THIS MESSAGE IS INTENDED FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED, AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, OR THE EMPLOYEE OR AGENT RESPONSIBLE FOR DELIVERING THE MESSAGE TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE. THANK YOU.

**From:** Miriam Alvarez <miriam@erinjuryattorneys.com>
**Sent:** Friday, November 17, 2023 8:44 AM
**To:** Veronica Gonzalez <vgonzalez@perrywestbrook.com>
**Cc:** Craig Henderson <craig@erinjuryattorneys.com>; Jennifer Mosley <jmosley@perrywestbrook.com>; Paul Sheldon <psheldon@perrywestbrook.com>; zainadoumatz11630426@projects.filevine.com; Alan Westbrook <awestbrook@perrywestbrook.com>
**Subject:** Doumat v. Target -- SAO to Extend Discovery

Hi Alan-- Attached is the SAO to Extend Discovery for your review. Please let us know if we can file using your e-signature. Thank you.