ALAN W. WESTBROOK, ESQ.
Nevada Bar No. 006167
PERRY & WESTBROOK,
A Professional Corporation
11500 S. Eastern Avenue, Suite 140
Henderson, Nevada  89052
Telephone:  (702) 870-2400
Facsimile:   (702) 870-8220
Email: awestbrook@perrywestbrook.com
*Attorney for Defendant Target Corporation*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ZAINA DOUMAT, individually,<br><br>Plaintiff,<br><br>vs.<br><br>TARGET CORPORATION; DOES 1-X, and ROE CORPORATIONS I-X, inclusive,<br><br>Defendants. | CASE NO.:  2:23-cv-01231-APG-DJA |

**STIPULATION AND PROPOSED ORDER TO EXTEND DISCOVERY DEADLINES**
**(Fourth Request)**

Pursuant to LR 6.1 and LR 26.4, the parties, by and through their respective counsel of record, hereby stipulate and request that this Court extend discovery in the above-captioned case sixty (60) days as set forth below:

**<u>Discovery Completed</u>:**

1. All parties have made their initial and supplemental disclosures pursuant to FRCP 26.

2. Plaintiff served Defendant with Interrogatories, Request for Admissions, and Requests for Production of Documents.

3. Defendant served Plaintiff with Interrogatories, Request for Admissions, and

1

Request for Production of Documents.

4. Defendant responded to Plaintiff's written discovery.

5. Plaintiff responded to Defendant's written discovery.

6. Defendant has provided Supplements 1-6 to its Initial FRCP Disclosure.

7. Deposition of Plaintiff

8. Deposition of Plaintiff's husband, Samuel Shetayh

9. Deposition of Defendants Target's current employee Frankie Romano

### *Discovery that remains to be completed:*

1. Deposition of the Rule 30(b)(6) witness on behalf of the Defendant.

2. Depositions of Defendants Target's current and former employees.

3. Defendant intends to conduct FRCP Medical Examination, prior to expert disclosures.

4. Deposition of Plaintiff's treating physicians.

5. Retention of experts.

6. Both parties need to depose the experts retained.

7. Gather recently disclosed medical provider records.

8. Complete Plaintiff's deposition

### *Reasons that Discovery has not yet been completed are:*

The parties have been diligent in conducting discovery. Defendant served Plaintiff with written discovery on October 31, 2023. After receiving responses to written discovery, Plaintiff had designated various categories for an FRCP 30(b)(6) deposition. Unfortunately, the person who was anticipated to testify in that capacity, and who was prepared, developed complications with a medical condition that eliminated her from this role. Target has identified and is preparing an alternative witness, or witnesses, but, as this witness' deposition testimony will be required for preparation of Plaintiff's liability expert, an additional 60 days is being requested so that the depositions can be completed, and experts may be prepared and designated.

Additionally, during the deposition of Plaintiff on March 8, 2024, she testified that she had sought treatment for injuries that she claims is the result of the subject incident since the last date of records that had been previously provided, namely December of 2022. Plaintiff provided the identities of these providers and Defendant is gathering these records so that the Plaintiff's deposition can be concluded.

Therefore, the parties request an additional sixty (60) days to allow Plaintiff's to take depositions, allow Plaintiff's deposition to be concluded, and allow both parties to serve expert reports and conduct depositions. This request is not made in bad faith, with dilatory motive, or for any purposes of improper delay.

***Proposed schedule for completing discovery:***

Accordingly, the parties request the discovery deadlines be extended to allow ample time for the court to make its ruling and allow the parties to complete the remaining discovery.

The following is a list of discovery deadlines and the parties' proposed extended deadlines:

| Scheduled Event | Current Deadline | Proposed Deadline |
| --- | --- | --- |
| Amend Pleadings and Add Parties | January 31, 2024 | Not Extended |
| Initial Disclosure of Experts | Tuesday, July 30, 2024 | Friday, September 28, 2024 |
| Disclosure of Rebuttal Experts | Monday, August 29, 2024 | Monday, October 28, 2024 |
| Discovery Cut-Off | Monday, September 30, 2024 | Friday, November 29, 2024 |
| Dispositive Motions | Tuesday, October 29, 2024 | Friday, December 27, 2024 |
| Joint Proposed Pre-trail Order | Friday, November 29, 2024 | Tuesday, January 28, 2025 |

WHEREFORE, the parties respectfully request this honorable Court adopt the foregoing stipulation of the parties which will result in the new discovery deadlines.

/ / /

3

IT IS RESPECTFULLY SUBMITTED.

DATED this 20th day of May, 2024

CLEAR COUNSEL LAW GROUP

/s/ Scott Flinders

Jared R. Richards, Esq. (11254)
Scott A. Flinders, Esq. (6975)
1671 W. Horizon Ridge Pkwy, Ste. 200
Henderson, NV 89012
*Attorneys for Plaintiff*

DATED this 20th day of May, 2024

PERRY & WESTBROOK

/s/ Alan W. Westbrook

Alan W. Westbrook, Esq.
Nevada Bar No. 6167
11500 S. Eastern, Ste. 140
Henderson, Nevada 89052
*Attorneys for Defendant Target Corporation*

### ORDER

**IT IS SO ORDERED.**

DATED this 21st day of May 2024.

DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

Submitted by:
PERRY & WESTBROOK
A Professional Corporation

*/s/ Alan W. Westbrook*
Alan W. Westbrook, Esq.
Nevada Bar No. 6167
11500 S. Eastern, Ste. 140
Henderson, Nevada 89052
*Attorneys for Defendant Target Corporation*