ALAN W. WESTBROOK, ESQ.
Nevada Bar No. 006167
PERRY & WESTBROOK
A Professional Corporation
11500 S. Eastern Avenue, Suite 140
Henderson, NV 89052
Telephone: (702) 870-2400
Facsimile: (702) 870-8220
E-Mail: awestbrook@perrywestbrook.com
*Attorney for Defendant Target Corporation*

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| ZAINA DOUMAT, individually,<br><br>Plaintiff,<br><br>vs.<br><br>TARGET CORPORATION; DOES 1-X, and ROE CORPORATIONS I-X, inclusive,<br><br>Defendants. | CASE NO.: 2:23-cv-01231-APG-DJA<br><br>**SUBSTITUTION OF ATTORNEY** |

## SUBSTITUTION OF ATTORNEY

TARGET CORPORATION, DEFENDANT, herby substitutes Loren S. Young, Esq., and LINCOLN, GUSTAFSON & CERCOS, LLP, 7670 W. Lake Mead Blvd., Ste. 200, Las Vegas, Nevada, 89128, (702) 257-1997, as attorney of record in place and stead of Alan W. Westbrook and PERRY & WESTBROOK, PC.

DATED this 3rd day of January, 2025.

*/s/ Katherine E. Graf/*
_____
Katherine E. Graf
Director, Counsel – Litigation
Target Corporation

PAGE 1 OF 3

I consent to the above substitution.

DATED this 3rd day of January 2025.

/s/ Alan Westbrook
Alan W. Westbrook, Esq. (NV Bar 6167)
PERRY & WESTBROOK, PC
11500 S. Eastern Avenue, Suite 140
Henderson, NV 89052

I am duly admitted to practice in this District.

Above substitution accepted.

DATED this 8th day of January 2025

/s/ Loren S. Young
Loren S. Young, Esq. (NV Bar 7567)
LINCOLN, GUSTAFSON, CERCOS, LLP
7670 W. Lake Mead Blvd., Ste. 200
Las Vegas, NV 89128

**IT IS SO ORDERED.**

DATED: 1/10/2025

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 8th day of January, 2025, a true and correct copy of the foregoing was served upon the following counsel via email and US Mail as follows:

Jared R. Richards, Esq.  
Scott A. Flinders, Esq.  
CLEAR COUNSEL LAW GROUP  
1671 W. Horizon Ridge Pkwy, Suite 200  
Henderson, Nevada 89012  
jared@clearcounsel.com  
sflinders@clearcounsel.com  
*Attorneys for Plaintiff*

Loren S. Young, Esq.  
LINCOLN, GUSTAFSON, CERCOS, LLP  
7670 W. Lake Mead Blvd., Ste. 200  
Las Vegas, NV 89128  
lyoung@lgclawoffice.com

                    */s/ Alan W. Westbrook*  
                    An Employee of PERRY & WESTBROOK,  
                    A Professional Corporation