**LOREN S. YOUNG, ESQ.**
Nevada Bar No. 7567
**JULIE A. WHITE, ESQ.**
Nevada Bar No. 8725
**LINCOLN, GUSTAFSON & CERCOS, LLP**
*ATTORNEYS AT LAW*
7670 W Lake Mead Blvd, Suite 200
Las Vegas, Nevada 89128
Telephone:  (702) 257-1997
Facsimile:  (702) 257-2203
lyoung@lgclawoffice.com
jwhite@lgclawoffice.com

Attorneys for Defendant, TARGET CORPORATION

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ZAINA DOUMAT | CASE NO.: 2:23-cv-01231-RFB-DJA |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER FOR DIMISSAL OF ALL CLAIMS WITH PREJUDICE** |
| TARGET CORPORATION; DOES I-X, and ROE CORPORATION I-X, inclusive | |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED by and between the parties, Plaintiff, ZAINA DOUMAT, by and thorough her attorneys of record, JARED R. RICHARDS, ESQ. and SCOTT A. FLINDERS, ESQ. of CLEAR COUNSEL LAW GROUP; and Defendant, TARGET CORPORATION, by and through its attorney of record, LOREN S. YOUNG, ESQ. and JULIE A. WHITE, ESQ., of the law firm LINCOLN, GUSTAFSON & CERCOS, LLP, that Plaintiff ZAINA

/ / /

/ / /

/ / /

/ / /

-1-

*Doumat v. Target*
*Case No.: 2:23-cv-01231-RFB-DJA*

DOUMAT's Complaint, as well as all cross-claims, counter-claims, or other related claims, are hereby dismissed as to all parties, with prejudice, each party to bear their attorney's fees and costs.

DATED this _3_ day of April, 2026.          DATED this _1_ day of April, 2026.

**LINCOLN, GUSTAFSON & CERCOS, LLP**    **CLEAR COUNSEL LAW GROUP**

/s/                                          /s/

**LOREN S. YOUNG, ESQ.**                     **JARED R. RICHARDS, ESQ.**
Nevada Bar No. 7567                          Nevada Bar No. 11254
**JULIE A. WHITE, ESQ.**                     **SCOTT A. FLINDERS, ESQ.**
Nevada Bar No. 8725                          Nevada Bar No. 6975
7670 W. Lake Mead Blvd., Suite 200           1671 W. Horizon Ridge Pkwy., Suite 200
Las Vegas, Nevada 89128                      Henderson, NV 89012
Attorneys for Defendant,                     Attorneys of Plaintiff,
TARGET CORPORATION                           ZAINA DOUMAT

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

DATED:    4/6/2026
          _____

-2-